**Hal THOMPSON, as Receiver, and John B. Wheat, as Trustee, Appellants, v. OTIS ELEVATOR COMPANY, Appellee. ***
No. 5763.

Circuit Court of Appeals, Fifth, Circuit.
March 15, 1930.

Daniel MacDougald, of Atlanta, Ga., John C. Cooper, Jr., of Jacksonville, Fla., and Chas. J. Morrow, of Tampa, Fla. (Spalding, MacDougald & Sibley, of Atlanta, Ga., and Knight, Adair, Cooper & Osborne, of Jacksonville, Fla., on the brief), for appellants.

Martin H. Long, of Jacksonville, Fla., and James P. Carey, Jr., of Chicago, Ill. (Edwin W. Sims and Sims, Godman & Stransky, all of Chicago, Ill., on the brief), for appellee.

Before BRYAN and FOSTER, Circuit Judges, and SIBLEY, District Judge.

PER CURIAM.
This appeal complains of an order authorizing the Otis Elevator Company to remove from the Floridan Hotel at Tampa, Fla., elevators which it had installed therein under a title retention contract, unless the balance of .the purchase price with interest be paid within thirty days.

On a former appeal, all the questions now involved were presented and decided except the single one whether the elevators could be removed without substantial damage to the building. Wheat v. Otis Elevator Co. (C. C. A.) 23 F.(2d) 152. It has now been found as a fact by the District Judge on uncontroverted evidence that no substantial injury to the building will result from the removal of the elevators.

The order appealed from is therefore affirmed.

*Certiorari denied 50 S. Ct. 410, 74 L. Ed. —.

---

**Malcolm TUDOR, etc., et al., Appellants, v. UNITED STATES of America et al., Appellees.**
No. 6090.

Circuit Court of Appeals, Ninth Circuit.
March 3, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.
Dismissed upon stipulation of counsel for the respective parties.

---

**Robert A. UIHLEIN, Appellant, v. CITY OF ST. PAUL et al.**
No. 8762.

Circuit Court of Appeals, Eighth Circuit.
Nov. 30, 1929.

Thomas C. Fitzpatrick, William F. Hunt, and Edward S. Stringer, all of St. Paul, Minn., for appellant.

PER CURIAM.
Affirmed with costs, on authority of decision in former appeal. 32 F.(2d) 748.

---

**UNITED STATES of America, Appellant, v. Marion E. BALENTINE, Appellee.**
No. 6032.

Circuit Court of Appeals, Ninth Circuit.
March 3, 1930.

Before DIETRICH and WILBUR, Circuit Judges, and KERRIGAN, District Judge.

PER CURIAM.
Dismissed upon stipulation of counsel for the respective parties.